# United States Court of Appeals
## For the Eighth Circuit

_____

No. 25-2245
_____

Abigail Lauters; Mary Leask; Phillip Thompson; Anthony Lauters; Tre'Velle Ellis

*Plaintiffs - Appellants*

v.

Robert B. Evnen, Nebraska Secretary of State, in his official capacity; Wayne Bena, Nebraska Elections Division, Deputy Secretary of State for Elections, in his official capacity; Andrew Buller, Nebraska Elections Division, Assistant Deputy for Elections, in his official capacity

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Nebraska - Lincoln

_____

Submitted: November 7, 2025
Filed: November 13, 2025
[Unpublished]

_____

Before BENTON, SHEPHERD, and STRAS, Circuit Judges.

_____

Appellate Case: 25-2245     Page: 1     Date Filed: 11/13/2025 Entry ID: 5577703

PER CURIAM.

Abigail Lauters and four other prospective presidential electors for independent presidential candidate Dr. Shiva Ayyadurai appeal the district court's[1] dismissal of their pro se complaint. After careful de novo review of the record and the parties' arguments on appeal, this court finds no basis for reversal. *See Abdurrahman v. Dayton*, 903 F.3d 813, 816 (8th Cir. 2018) (standard of review).

The judgment is affirmed. *See* 8th Cir. R. 47B.

_____

---

[1] The Honorable John M. Gerrard, United States District Judge for the District of Nebraska.